**DISMISS; and Opinion Filed August 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01330-CV

**JOHN C. GOLFIS, JULIE NGUYEN, SEIKILOS HOLDINGS, LLC, AND SEIKILOS FX STUDIOS LLC, Appellants**

**V.**

**EDWARD "LANNY" HOUILLION AND HOUILLION FAMILY LIMITED PARTNERSHIP, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-13053**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

On July 24, 2013, the trial court granted its Amended Temporary Injunction at the request of appellee Houillion Family Limited Partnership. Appellants John C. Golfis, Julie Nguyen, Seiklos Holdings, LLC, and Seikilos FX Studios LLC filed this interlocutory appeal challenging the temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4). While the interlocutory appeal was pending, the trial court proceeded to trial and entered a final judgment.

If, while on the appeal of the granting or denying of the temporary injunction, the trial court renders final judgment, the case on appeal becomes moot. *Isuani v. Manske-Sheffield Radiology Group, P.A.*, 802 S.W.2d 235, 236 (Tex. 1991). When a case becomes moot on appeal, the appeal is dismissed. *Id.*

Accordingly, we dismiss the appeal as moot.

/David Lewis/
DAVID LEWIS
JUSTICE

131330F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN C. GOLFIS, JULIE NGUYEN,
SEIKILOS HOLDINGS, LLC, AND
SEIKILOS FX STUDIOS LLC, Appellants

No. 05-13-01330-CV          V.

EDWARD "LANNY" HOUILLION AND
HOUILLION FAMILY LIMITED
PARTNERSHIP, Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-13053.
Opinion delivered by Justice Lewis,
Justices Bridges and Fillmore participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED AS MOOT**.

It is **ORDERED** that appellees EDWARD "LANNY" HOUILLION AND HOUILLION FAMILY LIMITED PARTNERSHIP recover their costs of this appeal from appellants JOHN C. GOLFIS, JULIE NGUYEN, SEIKILOS HOLDINGS, LLC, AND SEIKILOS FX STUDIOS LLC.

Judgment entered this 19th day of August, 2014.